# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                  :    Chapter 13

Michelle Jacqueline Major
 aka
Shelly Major
 dba
Shelly's Professional Grooming

                                       :

                                       :

         Debtor           :    Bankruptcy No. 20-10254-jkf

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 1/15/2020, this case is hereby DISMISSED.

**Date: January 31, 2020**

_____
Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:     Matrix
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1(old)
Means Test Calculation Form 122C-2 - If Applicable
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106