United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michelle Jacqueline Major  
    Debtor

Case No. 20-10254-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: ChrissyW   Page 1 of 1   Date Rcvd: Jan 31, 2020  
                   Form ID: pdf900   Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2020.
```
db             Michelle Jacqueline Major,    3131 Lutheran Rd.,    Gilbertsville, PA  19525
14455575      +U.S. Bank NA, successor trustee to Bank of America,    c/o Rebecca A Solarz, Esquire,
               KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14455356      +U.S. Bank NA, successor trustee to Bank of America,    C/O KML Law Group,
               701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Feb 01 2020 03:44:26     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 01 2020 03:44:19      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14459838       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2020 03:43:53
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2020 at the address(es) listed below:
```
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America,
               NA, successor in interest to LaSalle Bank NA, as trustee, Et Al... bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 3
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                                                : Chapter  13

Michelle Jacqueline Major
  aka
Shelly Major
  dba
Shelly's Professional Grooming

                                                                                                :

                                                                                                :

                       Debtor                                   : Bankruptcy No.  20-10254-jkf

**ORDER**

AND NOW, it is  ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 1/15/2020, this case is hereby DISMISSED.

**Date: January 31, 2020**

                                                       Jean K. FitzSimon
                                       United States Bankruptcy Judge

Missing Documents:     Matrix
                                      Chapter 13 Plan
                                      Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1(old)
                                      Means Test Calculation Form 122C-2 - If Applicable
                                      Schedules AB-J
                                      Statement of Financial Affairs
                                      Summary of Assets and Liabilities Form B106